FILED
2021 May-06 PM 03:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| JHENSY SAILLANT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 4:20-cv-01507-CLM-HNJ |
| ) | |
| JONATHAN HORTON, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on April 15, 2021, recommending Respondents' motion to dismiss be granted and the petition be dismissed as moot based on Petitioner's removal to Haiti. (Doc. 11). Although the magistrate judge advised Petitioner of his right to file specific written objections within fourteen (14) days, no objections have been received by the court and the U.S. Postal Service returned Petitioner's copy of the report and recommendation sent to his address of record as undeliverable with the notation, "not here." (Doc. 12).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v.*

*Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003).  Accordingly, Respondents' motion to dismiss, (doc. 10), is due to be granted and the petition is due to be dismissed.

   A separate order will be entered.

   **DONE** this May 6, 2021.

                                            _____
                                            **COREY L. MAZE**
                                            UNITED STATES DISTRICT JUDGE